**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. XXXXXXXXXX

IAN MOLL; JASEN JOHNSTON; and CHRISTOPHER CURTIS,

Plaintiffs,

v.

WESTERN OILFIELDS SUPPLY COMPANY, d/b/a RAIN FOR RENT, a foreign corporation; PREMIER PUMP & POWER LLC, a foreign limited liability company; and DEERE & COMPANY, d/b/a JOHN DEERE COMPANY, INC., a foreign corporation

Defendants.

**NOTICE OF REMOVAL**

Please take notice that Defendant, Premier Pump & Power LLC, [hereafter "Defendant Premier"], appearing separate and apart from the other named Defendants herein, by and through its attorneys of record, Harris, Karstaedt, Jamison & Powers, P.C., and, pursuant to 28 U.S.C. § 1332, *et seq.*, 28 U.S.C. § 1441, *et seq.*, and 28 U.S.C. § 1446, *et seq.*, hereby files its Notice of Removal of this action from the District Court, Denver County, State of Colorado, Case No. 2022CV30449, to the United States District Court for the District of Colorado. The grounds for this removal are that there is complete diversity of citizenship among the parties and the amount alleged to be in controversy exceeds $75,000.

## BACKGROUND

1.  The present State Court Action was initiated by the Plaintiffs on February 16, 2022. Plaintiffs' Complaint and Jury Demand is attached hereto as **Exhibit A** ("Complaint"). Defendant Premier was served with the Complaint on April 19, 2022.

2.  A copy of the Summons to Defendant Premier and the Civil Cover Sheet served with the Complaint are attached as **Exhibits B and C**.

3.  A copy of the return of service for Defendant Premier is attached as **Exhibit D**. Defendant Premier has not filed its Answer in the state court action.

4.  Thirty days have not passed since Plaintiffs served the Complaint in the State Court Action on Defendant Premier. Thus, pursuant to 28 U.S.C. § 1446, the removal is timely.

5.  Neither Defendant Western Oilfields Supply Company, d/b/a Rain For Rent or Deere & Company, d/b/a John Deere Company, Inc., have filed a responsive pleading to the Complaint in the state court action.

7.  The Delay Reduction Order and Dispositive Motions Order from the State Court action are attached as **Exhibit E**.

## DIVERSITY OF CITIZENSHIP

8.  Upon information and belief, Plaintiff Ian Moll ("Moll") is a natural person and resident of the state of Colorado, residing at 712 Mt. Evans Avenue, Severance, Colorado 80550, and is over the age of 18 years.

9. Upon information and belief, Plaintiff Jasen Johnston ("Johnston") is a natural person and resident of the state of Colorado, residing at 15313 E. 100th Court, Commerce City, Colorado 80022, and is over the age of 18 years.

10. Upon information and belief, Plaintiff Christopher Curtis ("Curtis") is a natural person and resident of the state of Colorado, residing at 1543 Brandt Street, Berthoud, Colorado 80513, and is over the age of 18 years.

11. Upon information and belief, Plaintiffs are not a citizen of the states of Delaware, Washington, California, or Illinois.

12. Upon information and belief, Defendant Western Oilfields Supply Company, d/b/a Rain for Rent ("RFR") is a foreign corporation licensed and organized under the laws of the state of Delaware, and its principal place of business is 3404 State Road, Bakersfield, California, 93308.

13. Defendant Premier is a foreign limited liability company licensed and organized under the laws of the state of Washington, and its principal place of business is 7600 NE 47th Avenue, Vancouver, Washington 98661-1343.

14. Defendant Deere & Company, d/b/a John Deere ("Deere") is a foreign corporation licensed and organized under the laws of the state of Delaware, and its principal place of business is One John Deere Place, Moline, Illinois 61265.

15. A corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. 28 U.S. § 1332(c)(1). The citizenship of a corporation is determined by its place of incorporation and principal place of business. *Management*

*Nominees, Inc. v. Alderney Investments, LLC*, 813 F.3d 1321, 1323-24 (10th Cir. 2016)13.  Thus, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(c)(1).

## JURISDICTION IS PROPER IN THIS COURT

16. The Court has subject matter jurisdiction over this dispute under 28 U.S.C.§ 1332 because the dispute arises between citizens of different states and the amount alleged to be in controversy exceeds $75,000.

17. Specifically, Plaintiffs allege in the Civil Cover Sheet filed with the Complaint that the amount sought is greater than $100,000. **Ex. C, p 2**.  The civil cover sheet filed in the state court action establishes that the amount in controversy exceeds $75,000.  *Paros Properties, LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) (Colorado state court civil cover sheet indicating amount sought is greater than $100,000 suffices to put the defendant on notice that the amount in controversy exceeds $75,000 for purposes of 28 U.S.C. § 1446).

18. The U.S. District Court for Colorado embraces the geographic region where the State Court Action is pending.  Pursuant to Local Rule 81.1, Defendant attached a current docket sheet from the state court proceeding as **Exhibit F**.  There are no pending motions or upcoming hearing dates set in the state action that is being removed.

19. Accordingly, Defendant Premier has demonstrated by a preponderance of the evidence that it is entitled to remove this action pursuant to 28 U.S.C. § 1446(a). *See, McPhail v. Deere & Co.*, 529 F.3d 947, 953 (10th Cir. 2008).

4

## CONFERRAL AND CONSENT PURSUANT TO D.C.COLO.LCivR 7.1(a) Duty to Confer and 28 U.S. § 1446(b)(2)(A)

20. Counsel for Defendant Premier has conferred with Defendants. Defendant Rain for Rent and Defendant John Deere both consent to the removal.

WHEREFORE, Defendant Premier hereby removes the above captioned case from the State of Colorado, Denver County District Court, to the U.S. District Court for the District of Colorado as provided by law and will proceed with his action as if it had originally been commenced in this Court.

Dated this 13th day of May, 2022.

        Respectfully submitted,

/s/ Jamey W. Jamison
Jamey W. Jamison, #10953
Dino G. Moncecchi, #45429
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.

ATTORNEYS FOR DEFENDANT PREMIER PUMP & POWER LLC

## CERTIFICATE OF SERVICE

I certify that on May 13, 2022, I electronically filed NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Matthew M. Holycross, Esq.  
Springer & Steinberg, P.C.  
1600 Broadway, Suite 1200  
Denver, Colorado 80202  

*Counsel for Plaintiffs*

Kate Laubach, Esq.  
SGR, LLC  
3900 E. Mexico Ave., Suite 700  
Denver, CO 80210  

*Counsel For Defendant Rain For Rent*

Andrew Garnett, Esq.  
Davis Graham & Stubbs LLP  
1550 17th Street  
Suite 500  
Denver, CO 80202  

*Counsel for Defendant*  
*John Deere Company, Inc*.

s/ Lorie A. Gettman